```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        CENTRAL DISTRICT OF CALIFORNIA
10
11   DANIEL EUGENE FRAZER,         ) NO. EDCV 19-1347-DSF (E)
                                   )
12            Plaintiff,           )
                                   )
13        v.                       ) ORDER TO SHOW CAUSE RE INJUNCTION
                                   )
14   NEIL McDOWELL, et al.,        )
                                   )
15            Defendants.          )
     _____)
16
17
```

Plaintiff, an inmate at the Ironwood State Prison, filed a civil rights Complaint on June 23, 2019 and a First Amended Complaint on June 25, 2019. Defendants are the Warden Neil McDowell, Chief Medical Executive Finander and a prison doctor, Dr. Marcelo. The First Amended Complaint seeks an injunction to prevent or delay a prison transfer presently scheduled to occur this summer. Plaintiff alleges that a transfer in hot weather would seriously jeopardize Plaintiff's health because Plaintiff's medical conditions, including side effects from a cancer drug, assertedly render Plaintiff unable medically to tolerate a hot environment. Plaintiff allegedly "would not survive a Summer-Time transfer" (First Amended Complaint, p. 5).

1  |  On or before August 5, 2019, Defendants shall show cause in
2  | writing, if there by any, why the Court should not issue an order
3  | enjoining Defendants from implementing any prison transfer of Plaintiff
4  | until further order of the Court.  Defendants shall attempt to show
5  | such cause by filing a declaration or declarations, signed under
6  | penalty of perjury.  Failure timely to file such a declaration or
7  | declarations may result in the granting of the requested injunction.

10  |  Dated:  July 26, 2019.

13  |                                  _____/S/_____
14  |                                         CHARLES F. EICK
       |                                  UNITED STATES MAGISTRATE JUDGE