UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL EUGENE FRAZER, | ) | NO. ED CV 19-1347-DSF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| NEIL McDOWELL, Warden, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 23, 2019.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE